*In the margin:* CITIZENS BANK OF LOUISIANA *v.* LEVEE STEAM COTTON PRESS COMPANY.

---

## STATE OF LOUISIANA *v.* THE JUDGE OF THE FIFTH DISTRICT COURT OF NEW ORLEANS.

Where the interest of the applicant appeared to be less than three hundred dollars, the Supreme Court refused to entertain an application for a *mandamus.*

ON an application for a *mandamus, Mott* and *Frayser* appeared for the applicants. By the court:

SLIDELL, J. The application does not assert that the applicants have any interest in the property sequestered, beyond the freight, to wit, $156 28; while, on the other hand, some of its allegations are pregnant with the inference that their interest is thus limited. To authorize us to interfere, by *mandamus,* a clear showing as to our jurisdiction should be made. The present application being unsatisfactory in its averments, is dismissed at the costs of the applicants.